

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-42,338-04

### EX PARTE DEMOND LAMONT WILSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. WRIT008761 IN THE 354TH DISTRICT COURT
### FROM HUNT COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to twenty years' imprisonment.

Applicant contends that he is being denied credit for time spent on parole prior to revocation, but in custody for a new offense. He alleges that he was restrained by an un-executed pre-revocation warrant (blue warrant). *Ex parte Canada*, 754 S.W.2d 660, 668 (Tex. Crim. App. 1988). The habeas court has made supplemental findings and recommends granting relief. However, the court found that Applicant was eligible for bond before the blue warrant was executed. Applicant was eligible

for bond before execution of the warrant and he does not show that he was restrained by the warrant until it was executed. Accordingly, relief is denied. *Ex parte White*, 400 S.W.3d 92. 94 (Tex. Crim. App. 2013); TEX. GOV'T. CODE § 508.253.

Filed:   October 31, 2018
Do not publish